**Exhibit A to the Complaint**

**Location:** Haddonfield, NJ  
**Total Works Infringed:** 26  
**IP Address:** 108.24.172.108  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 6AD7ED689AB97927E5276A1C5CB49007C68E0B66<br>File Hash: 741E610F1F34BB99BB45DF6ACE08C03E3EBAF586AD79F3F578990EFC384515DA | 02/10/2021 09:42:33 | Tushy | 01/17/2021 | 02/09/2021 | PA0002276149 |
| 2 | Info Hash: 850607A48AE7C7A5B7ACC2E924C6BE119D12B001<br>File Hash: FA7E6E38F30898A2295ECF4C22FCA4C395041183F74616035787A2078529B00D | 02/05/2021 04:42:32 | Blacked | 01/02/2021 | 01/05/2021 | PA0002269954 |
| 3 | Info Hash: CBEC46459AE533CA84B9B04B6112A56ECA06279B<br>File Hash: 230D3F95B666FD506C2CD0E1859CAD4F2BDE3DFF5C8BB975B0C1F971338FBB5D | 01/20/2021 04:04:17 | Blacked Raw | 01/18/2021 | 02/09/2021 | PA0002276148 |
| 4 | Info Hash: B91028F8FF97039F1DAFE23A651DD879FECDF3FD<br>File Hash: CB9112CB07BAF880B77458D88729F588795B7810DF571C7442A04A4BE49F5EB3 | 01/20/2021 04:03:26 | Blacked | 01/16/2021 | 02/09/2021 | PA0002276150 |
| 5 | Info Hash: 73554FFBC3738FD084087C0DBD1B77FF52A5E6F9<br>File Hash: EB9E17DAE379436C5C320B4F6D686051E5E07DE9C5FF77B54FDDE8BF45A4900A | 01/15/2021 04:05:13 | Tushy | 01/10/2021 | 02/09/2021 | PA0002276153 |
| 6 | Info Hash: C48092E903EF19D5A3D638C59DCCA893AFD5C8EB<br>File Hash: 24CDFBD7379A97D9AB067D89C486912278954DC48B63D765AD592A24E68F7F0D | 12/27/2020 22:57:30 | Tushy | 10/25/2020 | 11/24/2020 | PA0002265965 |
| 7 | Info Hash: AE7CFE431BC4E933E92E11032C25A67D4CA61B79<br>File Hash: F638DC8E8853C8CF9176D97CB6027BDD2DBDB470C7EF8A8C9BECCCEB3A4B6104 | 12/26/2020 03:48:50 | Blacked Raw | 12/14/2020 | 12/28/2020 | PA0002269086 |
| 8 | Info Hash: 86C5F87BA9C2618D57F79C76608F5D883C5439CF<br>File Hash: 58FBE5F562F65118013731FFA138E1D677C1589287C02171C3829034C0E6DAED | 12/26/2020 03:46:34 | Blacked | 12/19/2020 | 01/05/2021 | PA0002269959 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 846CCA7D98DA5CADD7D4E415EBA6B2204447AC63<br>File Hash: 24E9CEB0B54A1177FC97999A606CB7847BBB97C2DD69EEFA787D67023FAD43B2 | 12/23/2020 04:07:03 | Blacked Raw | 10/19/2020 | 11/05/2020 | PA0002263389 |
| 10 | Info Hash: 47EFF10A48B116CE25A44DCBB64795ADB5789D0D<br>File Hash: E9A2BD560E5A809DABA69192DD5DFA4E31D5620BC4BCFEFBD51A4A967CC8AA72 | 12/02/2020 21:11:51 | Blacked | 11/28/2020 | 12/28/2020 | PA0002269083 |
| 11 | Info Hash: E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A<br>File Hash: EED64CB65161A021598703F22CDCA5D24EA9C70C1B9F038BAFD55B5271A7786E | 12/02/2020 21:00:31 | Vixen | 11/27/2020 | 11/30/2020 | PA0002266359 |
| 12 | Info Hash: C57AA08E54DCBD782F4B9A53E17C7AB932215387<br>File Hash: 00501D72C3CEB16F94D0A71BBF3FC9FBC900FB20709FDCE26FD83C39119C9538 | 11/28/2020 16:23:05 | Blacked | 11/21/2020 | 11/30/2020 | PA0002266354 |
| 13 | Info Hash: 4403352121D56924807F7F9DF7A14C44DEA072DF<br>File Hash: FEF9647417291DD6DA1D0E86E29C9FC98054962C129CAD5C2CA376AF27FCA7DF | 11/28/2020 16:22:06 | Vixen | 11/20/2020 | 11/30/2020 | PA0002266357 |
| 14 | Info Hash: B842125724634B62F2F35B16A4F876EB63493A7C<br>File Hash: A0FD9B99E132B1CA64E0BA989C6610FC3855446B91DCD42FEAFC353CCA7F89A8 | 11/17/2020 17:06:53 | Blacked | 11/14/2020 | 11/30/2020 | PA0002266362 |
| 15 | Info Hash: 8DE7C4776944AE40907E75898B99D0EC6B3186CB<br>File Hash: B0BEAD5CFB47D00BA746AFCB65E581AA8A28D6A99283C9CB8E3776828F2D22BD | 11/11/2020 07:45:32 | Blacked | 11/07/2020 | 11/24/2020 | PA0002265966 |
| 16 | Info Hash: AEA7918FD1B713FD99E2F97CFFC399F016CF59E9<br>File Hash: C9FABD456B6F378F280307BFE97EEF137BEB4D2D010417C8FCDA6B7AA8548122 | 11/09/2020 03:05:18 | Vixen | 11/06/2020 | 12/09/2020 | PA0002274936 |
| 17 | Info Hash: E522C7980247A13A96E32357E46232F398486B45<br>File Hash: EAEB2C8533BDDF599E638D39F482EC672B1D7373A45661F686ADE3CD7D0B0E82 | 11/06/2020 02:33:06 | Blacked Raw | 11/02/2020 | 11/24/2020 | PA0002265968 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 7EC41A2781FDD54B52A2E7B842DAADA1906D4EC9<br>File Hash: 32A0FF90F847F3B19BAA4468BAA74EBCFBFCBD242633C4A5D1A3A06D5E04F827 | 11/03/2020 17:49:03 | Tushy | 11/01/2020 | 11/18/2020 | PA0002272627 |
| 19 | Info Hash: 1A7246D672BF75E1B54BD209E1A045C1537C3382<br>File Hash: CDCF5E58B50B8E4B1CEDBEDF1D3C4025C2120BDF5107AF1E45ED0BDEAC00FB1D | 11/01/2020 23:04:42 | Vixen | 10/30/2020 | 11/18/2020 | PA0002272620 |
| 20 | Info Hash: 97DBC412467273A5AABCF3D26E13F83FEEEDD9BD<br>File Hash: 29019A60FE2D2C71C049A0855D2ED41BFFFFE95470150CAF81DFB4D37857410E | 10/26/2020 02:15:29 | Vixen | 10/23/2020 | 11/18/2020 | PA0002272622 |
| 21 | Info Hash: 3818467D5DC9DDB317735107C4146CBB3C456751<br>File Hash: 76CC20D3E9FC939ED897DF2598478477E80E3E647195FEC6250C8664D38F8A3E | 10/26/2020 02:15:05 | Blacked | 10/24/2020 | 11/05/2020 | PA0002263386 |
| 22 | Info Hash: A69CFD12CD8781FE5C648DD86E14DCE729F90D65<br>File Hash: 56D3EBD1B25C8FB12E0089C9F2477ECFB7CB0E7B0CE59A7DC3CEC4B9BCA5FCF7 | 10/23/2020 02:39:53 | Tushy | 10/18/2020 | 11/05/2020 | PA0002263388 |
| 23 | Info Hash: F963FC66BEC64BF8323AA10A31D829DE757A4211<br>File Hash: B85D0B747CC11085A6E5DD8FAE0DE603975DA7B66892618C8A81B596BB19D3AE | 10/18/2020 02:59:38 | Blacked | 10/17/2020 | 11/05/2020 | PA0002263387 |
| 24 | Info Hash: 7BA08B86ABE669CD4B42FC7925A21AC4D714FD42<br>File Hash: 7194B11996C69952E49988C993A0C83B0512F42E2992D1EECF9BE2220DA20B67 | 10/12/2020 01:30:13 | Vixen | 10/09/2020 | 11/18/2020 | PA0002272626 |
| 25 | Info Hash: 0FFB0F410BBEF345F0A6D0C21F7245EF83162E9C<br>File Hash: C17D3B1AA6AFF175042CC65F9474EB194D120ECC79400261B4F6E8A3AB625E1C | 10/12/2020 01:28:58 | Blacked | 10/10/2020 | 10/22/2020 | PA0002261812 |
| 26 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash: D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 10/05/2020 02:01:43 | Blacked | 10/03/2020 | 10/22/2020 | PA0002261803 |